1010

No. 778. NATURAL RESOURCES, INC., ET AL. *v.* WINE-BERG. C. A. 9th Cir. Certiorari denied. *James C. Dezendorf* for petitioners. ▮

No. 779. GEORGE ET UX. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Charles Koozman* and *Burton M. Weinstein* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Richard S. Salzman* for the United States.

No. 784. WATKINS ET AL. *v.* SUPERIOR COURT, LOS ANGELES COUNTY, ET AL. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Jack Greenberg, Raymond L. Johnson* and *Anthony G. Amsterdam* for petitioners. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, *Harold W. Kennedy, George W. Wakefield* and *Evelle J. Younger* for respondents.

No. 799. MARSHALL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Raymond E. Sutton* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States. ▮

No. 801. ATOMIC OIL CO. OF OKLAHOMA, INC. *v.* BARDAHL OIL CO. ET AL. C. A. 10th Cir. Certiorari denied. *Lawrence A. G. Johnson* and *Robert J. Woolsey* for petitioner. ▮

No. 802. BETTILYON'S, INC., ET AL. *v.* UTAH, BY AND THROUGH ITS ROAD COMMISSION. Sup. Ct. Utah. Certiorari denied. *F. Burton Howard* for petitioners.